AO 187 (Rev. 7/87) Exhibit and Witness List

# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF TEXAS
## AUSTIN DIVISION

| United States of America | | EXHIBIT AND WITNESS LIST FOR PRELIMINARY HEARING |
|---|---|---|
| vs. | § § § § § § | |
| Miguel Placido; Gustavo Reyes; Jovani Ascencio; Rafael Nieto-Jaimes; Johvany Perez Martinez; Roberto Loza Sanchez; Gilbert Bravo-Hernandez | | Case Number: AU:10-M-00569(1); AU:10-M-570(1); AU:10-M-571(1); AU:10-M-572(1); AU:10-M-573(1); AU:10-M-575(1); AU:10-M-576(1) |
| *Defendant* | | |

| Presiding Judge ANDREW W AUSTIN | Government's Attorney Elizabeth Cottingham | Defendant's Attorney Gustavo Garcia; Jose Gonzalez-Falla; Kristin Etter; John Stephen Toland; Jon Evans; Dexter Gilford; Bradley Urrutia |
|---|---|---|
| Hearing Date 08/04/2010 | Court Reporter FTR Gold - Julie A. Golden | Courtroom Deputy Julie A. Golden |

| Govt No. | Def No. | Date Offered | Marked | Admitted | Descriptions of Exhibits* and Witnesses |
|---|---|---|---|---|---|
| 1 | | 08/03/10 | | X | Photo |
| 2 | | 08/03/10 | | X | Photo |
| 3 | | 08/03/10 | | X | Photo |
| 4 | | 08/03/10 | | X | Photo |
| 5 | | 08/03/10 | | X | Photo |
| W#1 | | | | | Daniel Mueller, ATF |
| | Sanchez #1 | 08/03/10 | | X | photo of deft |

* Include a notation as to the location of any exhibit not held with the case file or not available because of size.